NO. 12-09-00178-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




ERIC WALKER,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


 PER CURIAM


 Appellant Eric Walker, also known as Eric Daniels, was convicted of possession of a
controlled substance and placed on community supervision probation (trial court cause number
80782-98). On June 9, 2009, the trial court signed an order revoking Appellant's community
supervision probation. Appellant subsequently filed a motion for new trial, which the trial court
granted. Because Appellant's motion for new trial was granted, the appeal is now moot. 
Accordingly, the appeal is dismissed.

Opinion delivered June 30, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.





(DO NOT PUBLISH)